Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
EPSTEIN DRANGEL BAZERMAN & JAMES, LLP
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

**JUDGE McMAHON**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

CLEANER'S SUPPLY, INC.

Plaintiff

v.

NATIONAL SUPPLY, LLC d/b/a
NATIONAL CLEANER'S SUPPLY
and PAUL LEE

Defendants

-----------------------------------X

**07 CV 3538**

Civ. Action No.

RECEIVED
MAY 03 2007
U.S.D.C. S.D. N.Y.
CASHIERS

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York, the undersigned attorney of record for Plaintiff certifies that there are no publicly held parent companies of the Plaintiff Cleaner's Supply, Inc.

1

Date: 5/3/07

**EPSTEIN DRANGEL BAZERMAN & JAMES, LLP**
*Attorneys for Plaintiff,*

By: _____
Robert L. Epstein (RE 8941)
Jason M. Drangel (JD 7204)
William C. Wright (WW 2213)
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391