```
USDC SDNY
DOCUMENT
E             FILED
DO
DATE FILED: 6/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Cleaner's Supply, Inc.,

        Plaintiff(s),                              07 Civ. 3538 (CM) (KNF)

  -against-

National Supply, LLC, d/b/a                  CALENDAR NOTICE
National Cleaner's Supply, and Paul Lee,

        Defendant(s).

------------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, July 13, 2007 at 2:00 p.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: June 4, 2007
       New York, New York

                                          So Ordered

                                          Colleen McMahon, U.S.D.J