**RECEIVED**
**JUN 2 2 2007**
Epstein Drangel
Bazerman & James, LLP

Essential Services Group
555 eighth ave, Suite 1901
New York, New York 10018
tel.#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEANER'S SUPPLY, INC.

VS.

INDEX#07 CV 3538

NATIONAL SUPPLY, LLC., ET ANNO.

State of __CA__ County of __Los Angeles__ SS:

I, __C. Gonzalez__ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is __29 Cerrito, Irvine CA 92612__
(server's address)

That on the __15__ day of __May__, 200__7__ at __12:14 P__.M. (time of service)

Deponent served the annexed **SUMMONS IN A CIVIL CASE,
COMPLAINT,
INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX
INDIVIDUAL PRACTICES OF JUDGE MCMAHON**

at: __4559 Firestone Blvd, South Gate CA 90280__
upon **NATIONAL SUPPLY LLC D/B/A NATIONAL CLEANER'S SUPPLY** by delivering thereat a true copy to:

( ) officer:_____ as
_____(position)

(X) authorized agent __Jackie Amador__ as
__Manager__(position)

( ) corporate counsel_____ as
_____(position)

( ) other_____ as
_____(position)

; a person of suitable age and discretion who was willing and authorized to accept on behalf of NATIONAL SUPPLY LLC D/B/A NATIONAL CLEANER'S SUPPLY.

The said premises is the location where the servee accepts service of process.

300/5-31

Deponent describes the individual who accepted service as follows:

age: 30+  sex: F  skin color: Hisp  approx. height: 5'4
approx. weight: 140 lbs., hair color: blk

PS 5-07-31.            SERVER
SWORN TO BEFORE ME THIS
19th DAY OF June 07

x _____ server

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me
on this 19th day of June, 2007,
by Cruz Gonzalez,
personally known to me ... ved to me on the
basis of satisfactory ev... to be the person(s)
who appeared before me
Signature: _____



MAYRA A. GARCIA
Commission # 1471996
Notary Public - California
Los Angeles County
My Comm. Expires Feb 24, 2008