Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEANER'S SUPPLY, INC.

VS.                                                                INDEX#07 CV 3538

NATIONAL SUPPLY, LLC., ET ANNO.

State of ___CA___, County of ___Los Angeles___ SS:

I, __C. Gonzalez__ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is
__29 Cerrito, Irving CA 92612__ (server's address).

That on the __15__ day of __May__, 200_7_
at _12:14 P_.M.(time of service)

Deponent served the annexed:
  SUMMONS IN A CIVIL CASE,
  COMPLAINT,
  INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX
  INDIVIDUAL PRACTICES OF JUDGE MCMAHON

at: __4559 Firestone Blvd, Southgate CA 90280__
upon **PAUL LEE** by:
/ /delivering thereat a true copy to:

__Jackie Amador - Mgr.__ (name of accepter)

__Manager__ (position, if not personally served)

/ / posting on the above premise's front door.

attempt 1: _____

attempt 2: _____

( ) Deponent asked the person spoken to whether PAUL LEE was in the military service of the u.s. government and was told that PAUL LEE was not.

300 /PS 5-32

Deponent describes the individual who accepted services as follows:

age: 30+  sex: F  skin color: Hisp  approx. height: 5'4

approx. weight: 140 lbs.

_____    X _____
                                  X   SERVER

300/ PS 5-07-32.
SWORN TO BEFORE ME THIS
19th DAY OF June '07

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me
this 19th day of June, 2007,
Cruz Gonzalez
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
appeared before me.
Signature: Mayra V. Garcia

MAYRA A. GARCIA
Commission # 1471996
Notary Public - California
Los Angeles County
My Comm. Expires Feb 24, 2008

# ALTERNATE MAILING AFFIDAVIT

Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CLEANER'S SUPPLY, INC.
    v.                 INDEX#07 CV 3538
NATIONAL SUPPLY, LLC., ET ANNO._____

State of New York, County of New York  SS:
   J. STANLEY ROLLERSON
being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and is a resident of New York State.
   That on 5/30/07   deponent enclosed a copy ofSUMMONS IN A CIVIL CASE, COMPLAINT,
INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX
INDIVIDUAL PRACTICES OF JUDGE MCMAHON, in a postpaid wrapper, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to PAUL LEE at C/O NATIONAL SUPPLY LLC.
4559 FIRESTONE BLVD.
SOUTHGATE, CA 90280 and deposited said wrapper under the exclusive care and custody of the United States Postal Service within the state of New York.
   / X/ Mailing was sent via standard first class mail.

   / / Mailing was sent via certified mail, return receipt requested

   / / Mailing was sent via registered mail, return receipt requested

   / / Mailing was sent via "overnight priority"


300/ PS 5-07-32.
SWORN TO BEFORE ME THIS
20 DAY OF June /07