UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
CLEANER'S SUPPLY, INC.
      Plaintiff

      v.                                    Civil Action No.
                                              07 CV 3538 (CM) (KNF)
NATIONAL SUPPLY, LLC, D/B/A
NATIONAL CLEANER'S SUPPLY

and

PAUL LEE

      Defendants
---------------------------------X

**NOTICE OF DISMISSAL OF ACTION PURSUANT**
**TO F.R.C.P. 41(a) (1)**

Plaintiff, Cleaner's Supply, Inc. through its attorney, hereby requests that the above captioned action be dismissed, without prejudice, pursuant to F.R.C.P. 41(a) (1) as neither defendant has filed or served an answer or a motion for summary judgment in this action.

                                                    Respectfully submitted,

                                                    Epstein Drangel Bazerman & James, LLP

Dated: July 20, 2007                   By: _____
                                                    Robert L. Epstein (RE 8941)
                                                    60 East 42nd Street, Suite 820
                                                    New York, NY 10165
                                                    Tel.: (212) 292-5390
                                                    Fax: No. (212) 292-5391
                                                    Attorney for Plaintiff
                                                    Cleaner's Supply, Inc.