UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

CLEANER'S SUPPLY, INC.
    Plaintiff

v.

NATIONAL SUPPLY, LLC, D/B/A
NATIONAL CLEANER'S SUPPLY

and

PAUL LEE

    Defendants
------------------------------------X

Civil Action No.
07 CV 3538 (CM) (KNF)



### NOTICE OF DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a) (1)

Plaintiff, Cleaner's Supply, Inc. through its attorney, hereby requests that the above captioned action be dismissed, without prejudice, pursuant to F.R.C.P. 41(a) (1) as neither defendant has filed or served an answer or a motion for summary judgment in this action.

Respectfully submitted,

Epstein Drangel Bazerman & James, LLP

Dated: July 20, 2007

By: _____
Robert L. Epstein (RE 8941)
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax No. (212) 292-5391
Attorney for Plaintiff
Cleaner's Supply, Inc.

SO ORDERED:
_____
Hon. Colleen McMahon
United States District Judge

Z:\Cleaner's Supply, Inc\1633-011\Notice of Dismissal.doc

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07